UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAHA YUKSEK,<br><br>                Plaintiff,<br>   v.<br><br>PAMELA BONDI et al.,<br><br>                Defendant. | CASE NO. 2:25-cv-02555-DGE-GJL<br><br>ORDER TO EXPEDITE BRIEFING SCHEDULE, WITHDRAW REFERENCE TO MAGISTRATE JUDGE, AND NOT TRANSFER FROM DISTRICT (DKT. NO. 3) |

Pursuant to the unopposed motion of the parties to expedite the briefing schedule, it is hereby ORDERED that the following briefing schedule shall be entered:

- Respondents' return is due by December 29, 2025.
- Petitioner's response is due January 5, 2025.
- The petition will be noted for January 5, 2025.

It is further ordered that the reference to Magistrate Judge Grady J. Leupold is withdrawn. Finally, for so long as this case remains pending, Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility without providing

his counsel with at least 48 hours' notice.  If the 48-hour period would expire on a weekend or legal holiday, the period will continue until the same time on the next day that is not a weekend or legal holiday.

Dated this 15th day of December, 2025.

David G. Estudillo
United States District Judge