## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAHA YUKSEK,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C25-2555-DGE-GJL |

  ☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  The petition for writ of habeas corpus (Dkt. No. 1) is GRANTED.  The Court ORDERS Respondents to release Petitioner from custody under appropriate conditions of supervision issued under 8 C.F.R. § 241.13(h)(1)-(3), and further, ORDERS that Petitioner shall not be re-detained without notice and an opportunity to be heard unless Respondents have evidence detention is authorized under 8 C.F.R. § 241.13(i)(1).  Finally, Respondents are ENJOINED from removing Petitioner to any third country unless they first provide Petitioner with notice and an opportunity to respond.  Within **TWENTY-FOUR (24)** hours of this Order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

  Dated this 8th day of January, 2026.

                RAVI SUBRAMANIAN
                Clerk


                 s/Michael Williams
                Deputy Clerk